IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| **WESTERN WORLD INSURANCE COMPANY, INC.,** | ) ) ) Civil Action No. 4:10cv020 |
| Plaintiff, | ) ) |
| v. | ) ) ) By: Hon. Michael F. Urbanski |
| **LEXCORP, et al.,** | )    United States Magistrate Judge ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action be **DISMISSED** without prejudice in favor of the Lexcorp declaratory judgment action, which has been remanded to the Circuit Court of Henry County in Civil Action No. 4:10cv00027. It is further **ORDERED** that this case be stricken from the docket of the court.

Entered: October 1, 2010.

/s/ *Michael F. Urbanski*

Michael F. Urbanski
United States Magistrate Judge